Smith, Mark Caesar
Docket# 0208 1:16CR00397-007
Pact# 2522973/HH



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## ORDER

**The Court Orders:**

*RE: Mark Caesar Smith*
*Date of Birth: 09/13/1994*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-14-2018

For the reasons stated on the record during a status conference hearing held on June 12, 2018 and in addition to ongoing treatment needs, the Supervised Release Conditions are modified to include the following special condition:

The supervised releasee will participate in an inpatient/residential substance abuse treatment program approved by the United States Probation Office, for a period of **six (6) months.** The program may include testing to determine whether the supervised releasee has reverted to using drugs or alcohol. The supervised releasee shall contribute to the cost of services rendered based on the defendant's ability to pay and the availability of third-party payments. The Court authorizes the release of available drug treatment evaluations and reports, including the presentence investigation report, to the substance abuse treatment provider.

Honorable Laura Taylor Swain
U.S. District Judge

June 13, 2018
Date